UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAYTON DENT JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:07CV1306 RWS |
| SCHOLASTIC BOOK FAIR, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e) (dismissal mandated if complaint filed in forma pauperis is frivolous, malicious, or fails to state a claim upon which relief can be granted). Giving the amended complaint the benefit of a liberal construction, the Court finds that plaintiff may have a cause of action under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601. As a result, the Court will order the Clerk to issue process or cause process to issue on the amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue on the amended complaint.

Dated this 4th day of September, 2007.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE